

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

John Harvey Sexton,                     * From the 91st District Court
                                          of Eastland County,
                                          Trial Court No. 25101.

Vs. No. 11-25-00017-CR                  * February 27, 2025

The State of Texas,                     * Memorandum Opinion by Williams, J.
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.